# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| WESLEY H. GARRISON, | : Case No. 3:16-cv-00145 |
| Plaintiff, | : Magistrate Judge Sharon L. Ovington |
| vs. | : (by consent of the parties) |
| WALMART STORE 1504, *et al.*, | : |
| Defendants. | : |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

May 23, 2017                               *s/Sharon L. Ovington*
                                                                  Sharon L. Ovington
                                                                  United States Magistrate Judge